IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RALPH CROMPTON,

    Plaintiff,

vs.                                               5:05-CV-010-SPM

JAMES CROSBY, JR.,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTIONS FOR INJUNCTIVE RELIEF**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 24) filed November 16, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (after being granted an extension of time) on December 13, 2005 (doc. 30).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. The magistrate judge conducted an exhaustive review of both timeliness of the petition and Petitioner's claims of innocence. Having carefully examined the entire court file, I am of the opinion that the magistrate's report and

recommendation are correct.  Petitioner did not file his petition within the one year set out in 28 U.S.C. § 2244 and has not shown any exceptions to that time limit.  It should be noted that 15 of the report's 22 pages were spent detailing the tortuous history of Petitioner's post-conviction filings in both state and federal courts.  An additional 7 pages were spent disposing of Petitioner's "actual innocence" claim.

It is clear that Petitioner has had much more than his one bite at the proverbial apple.  Nothing in Petitioner's 64 pages of objections has convinced this Court otherwise.  I find the report and recommendation to be correct in every aspect.  Accordingly, it is

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 24) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is hereby *dismissed with prejudice.*

3. The clerk is directed to close the file.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge

/pao